In the Matter of the Application of John A. BENSEL et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in Ulster County Required in Building the Ashokan Reservoir. THE CITY OF NEW YORK, Appellant; EMMA CUDNEY, Respondent.

*Matter of Bensel (Ashokan Reservoir, Sec. No. 13)*, 158 App. Div. 41, affirmed.

(Argued February 25, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1913, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

*Frank L. Polk*, Corporation Counsel (*William McM. Speer* of counsel), for appellant.

*A. T. Clearwater* for respondent.

Order affirmed, with costs, no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MAIL AND NEWSPAPER TRANSPORTATION COMPANY, Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS, Defendant.

THE CITY OF NEW YORK, Appellant.

*People ex rel. N. Y. Mail & N. P. Transp. Co.* v. *State Board of Tax Comrs.*, 157 App. Div. 686, affirmed.

(Argued February 26, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered